CR 23-358 JMB/TNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 21 U.S.C. § 841(a)(1) |
| DERRICK JOHN THOMPSON, | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 853(p) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent To Distribute Fentanyl)

On or about June 16, 2023, in the State and District of Minnesota, the defendant,

**DERRICK JOHN THOMPSON,**

did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Felon in Possession of a Firearm)

On or about June 16, 2023, in the State and District of Minnesota, the defendant,

SCANNED
DEC 05 2023
U.S. DISTRICT COURT MPLS

*United States v. Derrick John Thompson*

**DERRICK JOHN THOMPSON**,

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| 5th Degree Drug Possession | Ramsey County, MN | October 1, 2015 |
| Evading an Officer Causing Injury | Santa Barbara County, CA | February 4, 2020 |
| Leaving the Scene of an Accident Causing Permanent Injury | Santa Barbara County, CA | February 4, 2020 |
| Conspiracy to Possess Marijuana for Sale | Santa Barbara County, CA | February 4, 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 3**
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about June 16, 2023, in the State and District of Minnesota, the defendant,

**DERRICK JOHN THOMPSON**,

did knowingly use and carry a firearm, that is, a Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073, during and in relation

*United States v. Derrick John Thompson*

to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## **FORFEITURE ALLEGATION**

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of any of Counts 2–3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to, the Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073 charged in Counts 2 and 3 of the Indictment.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

*United States v. Derrick John Thompson*

The property subject to forfeiture includes, but is not limited to, the Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON