UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-358 (JMB/TNL) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| DERRICK JOHN THOMPSON, | ) | **FILING DATE** |
| | ) | |
| Defendant. | ) | |

Defendant, Derrick Thompson, by and through his attorney, Aaron Morrison, hereby respectfully moves the Court for a continuance of 7 days of the presently set date for the filing of motions, January 10, 2024, on the following grounds: Mr. Thompson and undersigned counsel need additional time to review discovery, analyze his matter, and discuss options for resolving his case.

Pursuant to 18 U.S.C. §3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. Counsel for the government has been advised of this motion and has no objection to continuing the matter. The government does not object to this motion.

For the above reasons, I am requesting that the presently set motion filing date be continued to January 17, 2024.

Dated:  January 9, 2024                                   Respectfully submitted,

                                                          *s/ Aaron J. Morrison*

                                                          _____
                                                          AARON J. MORRISON
                                                          Attorney ID No. 0341241
                                                          Attorney for Mr. Thompson
                                                          107 U.S. Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415