UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 23-358 (JMB/TNL) |
|---|---|---|
| v.        Plaintiff, | ) ) ) | **STATEMENT OF FACTS IN SUPPORT** |
| DERRICK JOHN THOMPSON, | ) ) | **OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | ) ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Derrick Thompson, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review and consult with my attorney regarding discovery and conduct further case investigation. Based on the above facts, I request that the period-of-time from now until 7 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:   January 9, 2024                *s/ Derrick Thompson*
                                         DERRICK THOMPSON
                                         Defendant


Dated:   January 9, 2024                *s/ Aaron J. Morrison*
                                         AARON J. MORRISON
                                         Attorney ID No: 0341241
                                         Attorney for Mr. Thompson
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415