UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 23-CR-358 (JMB/TNL) |
| Plaintiff, | |
| v. | **MOTION TO SUPPRESS STATEMENTS** |
| DERRICK JOHN THOMPSON, | |
| Defendant. | |

Defendant, Derrick Thompson, by and through his attorney, and pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, moves this Court for an Order suppressing any confessions, or statements in the nature of confessions, and any evidence derived from or discovered as a result of any confessions obtained from the defendant, including but not limited to his alleged admissions. Specifically, Mr. Thompson asks the Court to suppress his statement made following his arrest on June 16, 2023.

On June 16, 2023, law enforcement responded to a motor vehicle accident involving two vehicles and multiple deaths. A short distance from the accident law enforcement approached and spoke to Mr. Thompson who was sitting on a curb, sweating, and bleeding from his head. Shortly after speaking with Mr. Thompson, he was handcuffed and placed in the back of a squad. Following a show-up, Mr. Thompson was placed in an ambulance and transported to HCMC. A MPD Officer accompanied Mr. Thompson in the ambulance and remained outside of Mr. Thompson's hospital room. MPD Officers later showed up at the hospital and for the first time read him his Miranda rights. Mr. Thompson indicated he would speak with law enforcement when a lawyer was appointed. Law enforcement

ended the interview.

    Any statements Mr. Thompson made to law enforcement after his arrest must be suppressed as they were made without the benefit of *Miranda*. *Miranda v. Arizona*, 384, U.S. 436 (1966).

Dated: January 17, 2024.                     Respectfully submitted,

*s / Aaron J. Morrison*
AARON J. MORRISON
Attorney, ID No. 0341241
Attorney for Mr. Thompson
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
