UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-CR-358 (JMB/TNL)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE THAT NO** |
| v. | ) | **REDACTION IS REQUIRED** |
| | ) | |
| DERRICK JOHN THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorney for the defendant hereby notifies the Court, court reporter, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcript, that in regards to the transcript of Motions Hearing filed on February 16, 2024, I will not be requesting redaction as no redaction is required.

Dated: March 7, 2024              Respectfully submitted,

                                                                 *s/ Aaron J. Morrison*

                                                              AARON J. MORRISON
                                                              Attorney No. 0341241
                                                              Attorney for Defendant
                                                              Office of the Federal Defender
                                                              107 U.S. Courthouse
                                                             300 South Fourth Street
                                                             Minneapolis, MN 55415