UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> DERRICK JOHN THOMPSON, ) <br> ) <br> Defendant. ) | Criminal No. 23-358 (JMB/JFD) <br><br> **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |

Please remove - AFD – from this case:

<u>Criminal No.</u>

23-358 (JMB/JFD)

<u>Defendant name</u>

Derrick John Thompson

<u>Remove AFD</u>

Aaron Morrison

Dated:   July 2, 2025                                       Respectfully submitted,

                                                                          *s/Aaron Morrison*

                                                                          _____
                                                                          AARON MORRISON
                                                                          Attorney ID No. 0341241
                                                                          Attorney for Defendant
                                                                          107 U.S. Courthouse
                                                                          300 South Fourth Street
                                                                          Minneapolis, MN 55415