UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-358 (JMB/TNL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**MOTION TO SEAL**

DERRICK JOHN THOMPSON

Defendant.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and LeeAnn K. Bell, Assistant United States Attorney, respectfully submits its motion to seal Government Exhibit 2 relating to the filed Government's Position on Sentencing & Motion for upward variance and/or departure (Dkt. 137). Due to the nature of Government Sentencing Exhibit 2, the United States moves to seal it indefinitely.

Dated: March 4, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*S/ LeeAnn K. Bell*
BY:  LEEANN K. BELL
Assistant U.S. Attorney
Attorney ID No. 318334