UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 23-cr-358 (JMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DERRICK THOMPSON'S** |
| v. | ) | **OBJECTION TO GOVERNMENT** |
| | ) | **SENTENCING EXHIBIT AND** |
| DERRICK JOHN THOMPSON, | ) | **IMPACT STATEMENTS** |
| | ) | |
| Defendant. | ) | |

Derrick Thompson, through counsel, for the record hereby objects to the government's presentation of Sentencing Exhibit 2 and victim impact statements.

The Crime Victim's Rights Act gives "crime victims" the right to be heard at a sentencing hearing. 18 U.S.C. § 3771(a)(4). The CVRA defines a crime victim as "a person directly and proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. § 3771(e)(2)(A). While the government has not identified who will be providing victim impact statements at Mr. Thompson's federal sentencing hearing, given the content of Sentencing Exhibit 2, Mr. Thompson assumes the victim impact statements relate to the individuals who died in the vehicle crash. As the Court is well aware, Mr. Thompson was convicted and sentenced in state court for the deaths. In this Court, he was charged and convicted of possessing with intent to distribute fentanyl, possession of a firearm, and possession of a firearm during and in relation to a drug trafficking crime.

With the greatest respect and for the record, counsel for Mr. Thompson objects to the inclusion of exhibits and impact statements related to the deaths related to the state-

1

court prosecution.  Counsel submits the victims are not directly and proximately harmed

by the commission of the Federal offense of conviction.  *See* 18 U.S.C. § 3771(e)(2)(A).


Dated: March 13, 2026.                    Respectfully submitted,

                                          *s/ Matthew Deates*

                                          MATTHEW DEATES
                                          Attorney ID No. 400318
                                          Attorney for Derrick Thompson
                                          107 U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415

2