# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>DERRICK JOHN THOMPSON, )<br>Defendant. )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) | **COURT MINUTES - CRIMINAL**<br><br>Case No:          23-CR-00358 (JMB-JFD)<br>Date:             3/18/2026<br>Court Reporter:   Paula Richter<br>Courthouse:       St. Paul<br>Courtroom:        Devitt<br>Time Commenced:   2:30 p.m.<br>Time Concluded:   3:57 p.m.<br>Time in Court:    1 hour 27 minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff: Nathan Nelson, Assistant United States Attorney
    For Defendant: Matthew Deates, Office of the Federal Defender ☒ FD

☒ **Sentencing.**

IT IS ORDERED:
 Defendant is sentenced to a total term of **171 months** as follows:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | | X | 111* months | | 5 years | | |
| 2 | | X | 27* months | | 5 years | | |
| 3 | | X | 60 months | | 5 years | | |

Said terms of BOP as to Counts 1 and 2      ☐ Consecutive   ☒ Concurrent
    *Original term reduced by 33 months under USSG §5G1.3(b)
Said terms of BOP as to Count 3         ☒ Consecutive   ☐ Concurrent
Said terms of SR as to Counts 1, 2, and 3     ☐ Consecutive   ☒ Concurrent

☒ Special conditions of:  **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 for Count 1.
    ☒ Special assessment in the amount of $100.00 for Count 2.
    ☒ Special assessment in the amount of $100.00 for Count 3.
☒ Government's Motion for upward departure was argued and denied for reasons stated in the record.
☒ Defendant's Motion for downward departure for overstated criminal history was withdrawn.
☒ Defendant remanded to the custody of the U.S. Marshal.

                                                 glb
                                      Courtroom Deputy